129 So.2d 676

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

v.

**Lena McELROY et al.**

6 Div. 536.

Supreme Court of Alabama.

March 23, 1961.

Rehearing Denied May 18, 1961.

Rehearing Denied May 18, 1961.

Rives, Peterson, Pettus & Conway, Birmingham, and Dominick & Roberts, Tuscaloosa, for appellant.

deGraffenried, deGraffenried & deGraffenried and E. W. Skidmore, Tuscaloosa, for appellees.

LAWSON, Justice.

On authority of State Farm Mutual Automobile Insurance Company v. Hubbard, ante, p. 181, 129 So.2d 669, the decree of the trial court is reversed and the cause is remanded.

Reversed and remanded.

LIVINGSTON, C. J., and STAKELY, GOODWYN and MERRILL, JJ., concur.